**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

      **v.**                                  Case No. 3:05cr59/RV

**OUSMANE AG KONE**

                                         /

## AMENDMENT TO ORDER SETTING TRIAL

      **IT IS ORDERED** that sections A(1) and E of the order of this Court entered on June 23, 2005, shall be amended as follows:

      A(1)  This case shall be tried during the jury term commencing **Monday, August 22, 2005,** with jury selection at 9:00 a.m.

      E.  No plea bargaining agreement permitted by this Court will be approved unless such agreement is effected on or before Wednesday, August 17, 2005, with such plea presented to the Court for its action at arraignment no later than **Thursday, August 18, 2005, at 9:00 a.m.,** in Pensacola, Florida.

      In all other respects, this Court's order of June 23, 2005, remains in full force and effect.

      **DONE AND ORDERED** this 28th day of July, 2005.

                                          */s/Roger Vinson*
                                          **ROGER VINSON
                                          Senior U. S. District Judge**