# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                CASE NO.  3:05cr59/RV

OUSMANE AG KONE

**REFERRAL AND ORDER**

Referred to Judge Vinson on     <u>08/04/2005</u>

Type of Motion/Pleading <u>GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT</u>

Filed by: <u>Government</u>    on <u>8/4/05</u>    Doc. No. <u>20</u>

( X ) Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc. No. _____

_____ on _____ Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ V. Harmon*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  <u>4th</u>  day of <u>August</u>, 2005, that:

(a)   The requested relief is GRANTED.

(b) _____

*/s/ Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.